**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**MAACO FRANCHISOR SPV LLC,**

      **Plaintiff,**

v.                                        **No. 21-cv-0730 SMV/KK**

**S&J AUTO1 LLC; S&J AUTO2 LLC;**
**S&J HOLDINGS INC.; JEFFREY SCHULTZ;**
**and STEPHANIE SCHULTZ;**

      **Defendants.**

## <u>ORDER TO SHOW CAUSE</u>

THIS MATTER is before the Court sua sponte.  This case is at a stand-still.  Plaintiff requested default from the Court Clerk on September 17, 2021, or 108 days ago.  [Docs. 11, 12]. The Clerk entered default, but since September, Plaintiff has failed to take any further steps to prosecute its claims.  Accordingly, Plaintiff must show good cause within 30 days why its claims should not be dismissed without prejudice pursuant to D.N.M.LR-Civ. 41.1 (allowing for dismissal where the plaintiff takes no steps to move its case forward for 90 days).

**IT IS THEREFORE ORDERED** that Plaintiff show cause no later than **February 2, 2022**, why its claims should not be dismissed without prejudice for failure to prosecute under D.N.M.LR-Civ. 41.1.

**IT IS SO ORDERED.**

                                      _____

                                      **STEPHAN M. VIDMAR**
                                      **United States Magistrate Judge**