IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MAACO FRANCHISOR SPV LLC, as
successor-in-interest to MAACO
FRANCHISING, INC.,

    Plaintiff,

v.                                                  Civ. No. 21-0739 KG/KK

S&J AUTO1 LLC, S&J AUTO2 LLC,
S&J HOLDINGS INC., JEFFREY SCHULTZ,
and STEPHANIE SCHULTZ,

    Defendants.

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On May 2, 2022, the Court administratively closed this case pending resolutions of the Schultzes bankruptcy case or leave of the bankruptcy court to proceed. (Doc. 28). The Court ordered Plaintiff Maaco to "file status updates beginning on September 30, 2022, and every 180 days thereafter, advising the Court of the present status." *Id.* at 2. Plaintiff did not file a status update on or before September 30 and is now more than thirty (30) days late in submitting the status update.

Plaintiff Maaco will submit a compliant status report no later than 5:00pm on Tuesday, November 8, 2022. In the status report, Maaco will explain its failure to timely submit the status report.

IT IS SO ORDERED.

                                                                UNITED STATES DISTRICT JUDGE